1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for Defendant
   Asset Acceptance, LLC
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11 WENDOLYN JACKSON,           ) CASE NO.: C08-03270 CW
                               )
12                             )
                               )
13         Plaintiff,          ) **DEFENDANT'S CERTIFICATE OF
                               ) INTERESTED PARTIES**
14                             )
     vs.                       )
15                             )
                               )
16 ASSET ACCEPTANCE, LLC       )
                               )
17                             )
           Defendant.          )
18                             )
   _____)
19

1    Pursuant to Civil L.R. 3-16, the undersigned counsel of record for
2  Defendant certifies that the following listed persons, associations of persons,
3  firms, partnerships, corporations (including parent corporations) or other entities
4  (i) have a financial interest in the subject matter in controversy or in a party to the
5  proceeding, or (ii) have a non-financial interest in that subject matter or in a party
6  that could be substantially affected by the outcome of this proceeding:

    1.    Asset Acceptance Capital Corp., a publicly-traded Delaware corporation that trades on NASDAQ as "AACC."

    2.    Defendant Asset Acceptance LLC, a Delaware limited liability company, an indirect, wholly-owned subsidiary of Asset Acceptance Capital Corp.

DATED: August 8, 2008　　　　　　　SIMMONDS & NARITA LLP
　　　　　　　　　　　　　　　　　　TOMIO B. NARITA
　　　　　　　　　　　　　　　　　　JEFFREY A. TOPOR

　　　　　　　　　　　　　　By:  s/Jeffrey A. Topor
　　　　　　　　　　　　　　　　Jeffrey A. Topor
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　Asset Acceptance, LLC