TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendant
Asset Acceptance, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WENDOLYN JACKSON, | ) CASE NO.: C08-03270 CW |
| | ) |
| Plaintiff, | ) **NOTICE OF APPEARANCE OF** |
| | ) **COUNSEL** |
| vs. | ) |
| | ) |
| ASSET ACCEPTANCE, LLC | ) |
| | ) |
| Defendant. | ) |
| | ) |

1   TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that Tomio B. Narita, Esq. of the law firm

3   Simmonds & Narita LLP hereby notes his appearance as additional counsel for

4   defendant Asset Acceptance, LLC.

5

6

7   DATED: August 14, 2008              SIMMONDS & NARITA LLP
                                        TOMIO B. NARITA
8                                       JEFFREY A. TOPOR

9

10                          By:   s/Tomio B. Narita

11                                Tomio B. Narita
                                  Attorneys for Defendant
12                                Asset Acceptance, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28