Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd, Suite 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
Attorneys for Plaintiff,

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| Wendolyn Jackson<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Asset Acceptance, LLC<br><br>　　　　　Defendant. | Case No.: 4:08-cv-03270-CW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO DISMISS WITHOUT<br>PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, WENDOLYN JACKSON, and Defendant, ASSET ACCEPTANCE, LLC, stipulate, and the Court hereby orders, as follows:

1. Upon the agreement of all appearing parties, the present matter is to be dismissed without prejudice.

2. Parties to bear their own fees and costs.

Dated: 12/5/2008                              KROHN & MOSS, LTD.

                                              By:/s/ Nicholas J. Bontrager
                                              Nicholas J. Bontrager,
                                              Attorney for Plaintiff

Dated:  12/5/2008                             SIMMONDS & NARITA LLP

                                              By:/s/ Jeffrey A. Topor
                                              Jeffrey A. Topor,
                                              Attorney for Defendant

- 1 -

STIPULATION TO DISMISS

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated:   12/10/08



_____
The Honorable Claudia Wilken
United States District Judge